■ In the Matter of SOUTHWESTERN BELL MOBILE SYSTEMS, INC., Doing Business as CELLULAR ONE, Respondent, v TOWN OF TULLY et al., Appellants. [721 NYS2d 300] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Roy, J. (Appeal from Judgment of Supreme Court, Onondaga County, Roy, J.—CPLR art 78.)

Present—Pigott, Jr., P. J., Green, Hayes, Scudder and Kehoe, JJ.